IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JOSH PATE,<br><br>                                 Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>                                 Defendant. | Case No. 3:23-cv-00114-SLG<br><br>**JOINT STATEMENT IN RESPONSE TO ORDER RE INITIAL SCHEDULING AND PLANNING CONFERENCE REPORT (DKT. 7)** |

Counsel for the parties have conferred and have agreed to mediate this matter by August 31, 2023, pending the mediator's availability. The parties propose that they provide the Court with a further report of the status of this matter on or before September 8, 2023.

DATED this 25th day of May, 2023

| LAW OFFICES OF SARA L. BLOOM | LANE POWELL PC |
|---|---|
| By: */s/Sara L. Bloom*<br>    Sara L. Bloom, aba No. 1509071<br>    1120 Huffman Rd., Ste 24-785<br>    Anchorage, AK 99515<br>    Email: sara@907lawyer.com<br><br>    Attorney for Plaintiff | By: /s/ *Brewster H. Jamieson*<br>    Brewster H. Jamieson, ABA No. 8411122<br>    1600 A Street, Suite 304<br>    Anchorage, Alaska 99501<br>    Email: jamiesonb@lanepowell.com<br><br>    Attorney for Defendant |